JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD MIRANDA LOPEZ, | ) | Case No. CV 09-8433-CJC(RC) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| M. CATE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; BEN CURRY, CTF (WARDEN), ET AL., | ) | |
| Respondents. | ) | |

    Pursuant to the Opinion and Order on a petition for habeas corpus,

    IT IS ADJUDGED that the habeas corpus petition and action are SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATE: November 25, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-8433.jud
11/23/09